IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORKEY DENNIS OGLE,

    Petitioner,               No. CIV S-06-0213 LKK JFM P

    vs.

BOARD OF PRISON TERMS FOR
THE STATE OF CALIFORNIA, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.[1]

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to the requested relief if the claimed violation of

---

[1] The motion to proceed in forma pauperis docketed as No. 2 was incomplete; however, the motion to proceed in forma pauperis docketed No. 5 was complete. The Clerk of the Court will be directed to terminate both motions.

1

constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's February 1, 2006 motion to proceed in forma pauperis is granted; the Clerk of the Court is directed to terminate motions docketed as Nos. 2 and 5;

        2. Respondents are directed to file an answer within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

        3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed; and

        4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED:  February 23, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
ogle0213.100jfm

2