1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CORKEY DENNIS OGLE,

11              Petitioner,              No. CIV S-06-0213 LKK JFM P

12       vs.

13   BOARD OF PRISON TERMS FOR
     THE STATE OF CALIFORNIA, et al.,
14

15              Respondents.            ORDER TO SHOW CAUSE

16   _____/

17              Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  By order filed February 24, 2006, respondent was ordered

19   to file, within forty-five days, an answer to the instant petition.  On April 10, 2006, petitioner

20   filed a motion for default judgment.

21              Respondent has not filed an answer to the petition or a motion to dismiss.

22   However, it is inappropriate to enter default judgment.  Good cause appearing, IT IS HEREBY

23   ORDERED that:

24              1.  Within five days from the date of this order respondent shall file and serve an

25   answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in

26   /////

                                          1

1   writing why sanctions should not be imposed for the failure to file the answer or motion to

2   dismiss timely.

3              2.  Plaintiff's April 10, 2006 motion for default judgment is denied.

4   DATED:  May 24, 2006.

5

6

                                    UNITED STATES MAGISTRATE JUDGE

7

8   /001; ogle0213.102

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26