IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CORKEY DENNIS OGLE,**<br><br>            Petitioner,<br><br>       v.<br><br>**BOARD OF PRISON TERMS FOR THE STATE OF CALIFORNIA, et al.,**<br><br>            Respondents. | NO. 2:06-cv-00213-LKK-JFM<br><br>**ORDER TO REQUEST FOR EXTENSION OF TIME** |

GOOD CAUSE HAVING BEEN SHOWN, the May 26, 2006 order to show cause is discharged, and Respondent is granted an extension of time until July 10, 2006, within which to file a response to the Petition.

Dated: June 13, 2006.

/s/ *[signature]*
UNITED STATES MAGISTRATE JUDGE

/ogle0213.eot

*ORDER TO REQUEST FOR EXTENSION OF TIME*
1