IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORKEY DENNIS OGLE,** | 2:06-cv-00213-LKK-JFM |
| Petitioner, | **ORDER** |
| v. | |
| **BOARD OF PRISON TERMS FOR THE STATE OF CALIFORNIA, et al.,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a two-week extension of time, to and including, July 24, 2006, within which to file a response to the Petition.

Dated: July 18, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

/ogle0213.eot2

[Proposed] Order

1