IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORKEY DENNIS OGLE,

    Petitioner,               No. CIV S-06-0213 LKK JFM P

    vs.

BOARD OF PRISON TERMS FOR
THE STATE OF CALIFORNIA, et al.,

    Respondents.          ORDER

/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 31, 2006 request for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: August 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp/001
ogle0213.111