IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORKEY DENNIS OGLE,

      Petitioner,               No. CIV S-06-0213 LKK JFM P

    vs.

BOARD OF PRISON TERMS FOR
THE STATE OF CALIFORNIA, et al.,

      Respondent.             <u>ORDER</u>

        /

        Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of August 15, 2006.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1.  Petitioner's July 31, 2006 request for an extension of time is granted; and

        2.  Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.  No further extensions of time will be granted.

DATED: September 28, 2006.

                                UNITED STATES MAGISTRATE JUDGE

/mp
ogle0213.111sec