1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CORKEY OGLE,

11          Petitioner,                    No. CIV S-06-0213 LKK JFM P

12      vs.

13   BOARD OF PRISON TERMS, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On August 15, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1

1    Petitioner has renewed his request for the appointment of counsel.  There

2  currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius

3  v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the

4  appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule

5  8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the

6  interests of justice would be served by the appointment of counsel at the present time.

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.  Petitioner's September 5, 2007 request for appointment of counsel is denied;

9    2.  The findings and recommendations filed August 15, 2007, are adopted in full;

10    3.  Petitioner's challenge to the Board's 2005 decision is dismissed without

11  prejudice for failure to exhaust state court remedies; and

12    4.  Petitioner's challenge to the Board's 2002 decision is dismissed with prejudice

13  because the petition was filed beyond the one-year statute of limitations.

14  DATED: September 25, 2007.

15

16  _____

17  LAWRENCE K. KARLTON
    SENIOR JUDGE
18  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26